- 8/17
    - 0700 – Arrived at Detroit understanding I would be taking the Fire in the evening
    - 0800 – It is believed to have been started on 7/28 by lightning. A holdover.
    - 1000 – Start to build team
    - 1200 – Team starts to arrive and begin setting up.
    - 1230 – Rappellers were ordered. We asked for them to land and give us a Recon before we insert them.  Recon consisted of Incoming Ops, IC and Rap spotter. After much consideration we determined not to insert the Rap's due to inaccessible country.
    We felt it would be better once we had a P-Line to the Fire from below. The mission was to insert them and cut a Helispot or two. We will wait till we have access to the Fire before re-addressing this. At the least in the form of a P-Line.
    - 1600 – In Brief Form T4 IC. Great participation from all levels and Adjacent Forests. This was a Microsoft Teams discussion which was clunky but worked.
    - 1700 – Delegation of Authority was reviewed and signed by me and the Agency Administrator.
    - 1900 – Official Transition of the Fire happens and is communicated through Dispatch and resources.
    - 2000 – IAP Parts for the next day are In. IAP is developed.
- 8/18
    - 0700 – Radio Briefing. Only folks on the ground are Zig Zag IHC and TFLD's. IC-Safety-Weather-Logs and Tactics were spoken about.
    - 0800 – Talked with FMO Regarding State and their involvement. They would like to use helicopters on our Fire and also an A/A.
    - 0900 – Spoke with Marion County Sherrifs and two LEO's here on Severity. LEO's will help us out and man stations. This was difficult considering we have to talk with so many individuals with vested interest in LEO's and theyre movement.
    - 1000 – C&G –
    Logs- Micro Purchaser Corina Price, Penny Keen also here for Logs support,
        Barriers – Security and and Ordering Manger along with RCDM
    Safety – COVID compliance, Deliberate Risk is done
    Plans – Autumn is GIS and will work Remote developing maps, Beachie Fire Net is up!
        Transportation maps developed.

        Finance – Costs and How Often?  Nanci Shadomay will help with PTRC
    - 1300 – Met with UAO Keith Haskins talked about State Aviation and whether they were carded Federally or not. We were able to get a ATGS (State) who will position in Salem.
    - 1330 – Spoke with Zig Zag IHC Superintendent. The plan for them has always been to gain access to the bottom of the fire. This will be helpful in assessing the next steps. He said after finally getting to the Fire his folks are saying this is one of the West Side Fires you back up from and be more defensive. Too steep, chance of roll out is great. Establishing Flanks would be too dangerous and essentially turned down the idea of going direct. He is going to some high points to look for other options.
    - 1400 – Official Closure order was signed and PIO's will start to disseminate information.

- o   1500 – Working on connecting with Lorenzo Montoya and LUA's particularly surrounding Davis Airport and Jawbone Flats. Difficult to reach Negative contact.
- o   1600 – Pre Strat-Meeting
- o   1800 – Planning Meeting – Went very well, nice Virtual presentation
- o   1900 – Again spoke with Zig Zag IHC and was re confirmed that going direct seems very unlikely and should not be a consideration. Too steep
- o   2130 – Close out
- 8/19/20
    - o   0700 – Brief
    - o   0800 – Last day for Risdal (Ops) and last day for PIO Schmidgal. They have done great but leaving to be on a T2 team fire has made things harder on us.
    - o   1000 – C&G
        Safety – Line Medic here and ALS Ambulance on order.
        Ops – Helicopters are working, start thinking of a PACE model
        Plans – IR Flight ordered keeps getting UTF
        Logs – LUA says its ok to stay at Davis Airport
        Finance – Needs Help with scanning and sending
    - o   1100 – Resources start coming in. Determine Spike camp will be at tree pools.
    - o   1300 – Called for a meeting with AA/AAR/FMO/Firestaff. It is time to make a decision. We present options for attempting to keep fire in current footprint with limited resources relying heavily on Bucket Support. Or back up working on a PACE model and begin prepping roads and trails. A very good conversation. In the end a blended version will be the direction This will need to be addressed properly with cooperators and stake holders. A plan was discussed and outlined to address this. Including Complexity Analysis, WFDSS, ODF updated, SORO updated, Region updated. Bottom line is the Fire was deemed to dangerous to go direct and a longer term strategy needed to be looked at.
    - o   1400 – Helicopters have launched and will run two fuel cycles each.
    - o   1500 – LUA at Davis Airport is ok with folks staying at the Airport
    - o   1600 – Each day a call from NWCC at this time to get an update on the fire.
    - o   1800 – Planning meeting, Infrastructure is coming together. Because of the lack of Fire behavior and availability of Helicopters to keep it there we are able to lay out a good plan for the long term.
    - o   2130 – End shift
- 8/20/20
    - o   0700 – Briefing - Weather, Ops, Safety, IC
    - o   0800 – Chat with Agency Rep about the need to set up a LUA with Jaw Bone. We would like to park in their field and need an agreement in place.
    - o   1000 – C&G
        Planning – Getting better every day, plan to dry run Teams chat meeting. Cleaning up some Ordering and Reconciling

        Logistics – Security is flowing in wants to make sure they are secure in the woods. Closed the loop with EICC and they will staff 24 Hr's a day with 2hr check ins. An Ordering person is still a critical need!

Ex. B, Page 2

       PIO – Tammy Robinson is stepping in until new PIO arrives

       Safety – Going to clarify the process of a G/Y/R medical to the folks in the field.

       Finance – Starting to Capture costs, a Nanci Shadomay is back as a PtRC.

- 1200 – Cleared up some confusion as far as if local resources need O#'s or not working short term intermittently. As far as it is short term Finance sees no problem as long as CTR's are signed. Dispatch has no problem with it either.
- 1300 – Back and forth with a fill on ATGS. In the end no ATGS. T1 down for mechanical and T2 is up and running.
- 1400 – Update from Ops. No change on the Fire. Considering buying a camera to observe from a distance.
- 1500 – McKenzie T2IA is here, start prepping road 126
- 1600 – Work with a CO on what the LUA looks like. Will start to work on that!
- 1800 – Planning meeting. After multiple attempts this Teams presentation failed us with connectivity.
- 1900 – Overhere of folks hiking a trail to the closed area. We will now post signs on trail 3338.
- 2000 - Still no action taken on Fire, other than bucket work and recon

- 8/21
  - 0700 – Morning Briefing
  - 0800 – Looking into a Live feed camera, borrow from McKenzie
  - 0900 – Had a visitor, a private article writer wanting to know about the Fire. Our Plans spoke with him and redirected to Tammy Robinson our PAO.
  - 1000 – C&G
    All parts were discussed. Notable was Base Camp Manager is going to be CoVID compliance out there. I made everyone aware of the transition to a NIMO team and to keep this info internal.
  - 1200 – Worked out a plan with A/A, Firestaff, PAO, AAR to deliver the news publicly once a public statement goes out about NIMO arrival.
  - 1300 – GM goes in for LUA
  - 1400 – Work on getting a GM in for a high-tech camera we believe we can set up in the woods to get photos of the fire as it progresses. This came from McKenzie.
  - 1500- Update 209
  - 1600 – Draft IC Part for Executive summary
  - 1700 –
  - 1800 – Planning meeting, delivered via tele conference line.
  - 2100 – Parts in IAP done
- 8/22
  - 0700 – Morning Brief – discuss NIMO and Shadow today / transition tomorrow
  - 0800 – Talk with AA on how to contact NIMO team
  - 1000 – In contact with NIMO, share contact info, we plan to meet up. C&G takes place and everything is going well. We continue to focus on the Fire developing the plan for the next day. With NIMO we imagine it's a blend of what we are doing. Don't believe it

- will be a complete hand off and walk away. We will plan for the next few days so there is continuity, and not leave them high and dry.
    - 1100 – Work on edits with Delegation of authority. Work on review of Joint Delegation. Work on Executive Summary.
    - 1200 – Meet with PIO. Still in containment due to WIF Covid mitigations
    - 1300 – NIMO team arrives we give them an inbrief, Firestaff, FMO and T 3 Team. With round robin of how things are going.
    - 1600 – Work out a plan with Plans on how Transition will take place. 1000 will be a Forest In-Brief, 1800 will be official TOC. The blend of a teams because of Covid and the unknown of working with a NIMO team is strange.
    - 1800 – Planning Meeting
    - 2000 and on. – Work on Executive Summary, Complete Evaluations, gear up to transition, work on mailing list for Teams invite.
- 8/23
    - 0700 – Radio Briefing
    - 0800 – Chipper goes out to McKenzie
    - 0900 – Working on Satelite Camera – Needs a monthly subscription, working on that
    - 1000 – In Brief – Worked well, A teams event, lots of attendees, should be a good transition.
    -