## Incident Status Summary (ICS-209)

Incident: **Beachie Creek**

| 1. Incident Name: **Beachie Creek** | | 2. Incident Number: **OR-WIF-200299** | | |
|---|---|---|---|---|
| 3. Report Version (check one box):<br>　Initial<br>**X** Update<br>　Final | 4. Incident Commander(s) & Agency or Organization:<br>**Jonah Glandney** | 5. Incident Management Organization:<br>**Type 3 Team** | | 6. Incident Start Date/Time:<br>Date: **08/16/2020**<br>Time: **1118 PDT** |
| 7. Current Incident Size or Area Involved (use unit label – e.g., "Acres", "Square Miles"):<br>**10 Acres** | 8a. Percent (%) Contained or Completed:<br>**0 %**<br>b. Total Percentage (%) of Perimeter that will be Contained or Completed:<br>**100 %** | 9. Incident Type:<br>**Wildfire**<br>B. Incident Description:<br>C. Cause: **Unknown**<br>D. Fire Suppression Strategy: | | 10. Incident Complexity Level:<br>**X** Single<br>　Complex<br>**Local Type 3 team assumed command 1900 8/17** | 11. Report Time Period:<br>From Date/Time:<br>**08/19/2020 2000 PDT**<br>To Date/Time:<br>**08/20/2020 1845 PDT** |

| Strategy | Percent (%) |
|---|---|
| Monitor | |
| Confine | |
| Point Zone Protection | |
| Full Suppression | 100 |

| 12. Prepared By:<br>Print Name: **Nanci Curtis**<br>Date/Time Prepared: **08/21/2020 1845 PDT** | 13. Approved By:<br>Print Name: **Jonah Gladney**<br>Signature: |
|---|---|
| 14. Date/Time Submitted:<br>**08/21/2020 1903 PDT** | 15. Primary Location, Organization, or Agency Sent To:<br>**NWCC** |

| 16. State:<br>**OR** | 17. County / Parish / Borough:<br>**Marion** | | 18. City: |
|---|---|---|---|
| 19. Unit or Other: | 20. Incident Jurisdiction: | 21. Incident Location Ownership (if different than jurisdiction):<br>**OR-WIF** | |
| 22. Latitude/Longitude:<br>Latitude: **44° 49' 16"**<br>Longitude: **122° 11' 17"** | 23. US National Grid Reference:<br>Grid Zone:<br>x-Coordinate:<br>y-Coordinate: | 24. Legal Description:<br>Principal Meridian: **Willamette**<br>Township:　Range:　Section:<br>1/4 Sec: of 1/4 Sec: | |
| 25. Short Location or Area Description (list all affected areas or a reference point):<br>**Fire is burning within the Opal Creek Wilderness Area.** | | | 26. UTM Coordinates:<br>Zone:　Easting:<br>Northing: |

27. Note any geospatial data available (indicate data format, content, and collection time information and labels):

28. Observed Fire Behavior or Significant Events for the Time Period Reported (describe fire behavior using accepted terminology. For non-fire incidents, describe significant events related to the materials or other causal agents):

**Moderate**
**Creeping**

Narrative:
**Fire growth has slowed due to effective use of aircraft and moderating weather conditions.**

Ex. C, Page 1

## Incident Status Summary (ICS-209)

Incident: **Beachie Creek**

**29. Primary Fuel Model, Materials, or Hazards Involved** (hazardous chemicals, fuel types, infectious agents, radiation, etc):

**Timber (Litter and Understory)**

Narrative:
**Fire is burning in heavy timber on steep slopes.**

| 30. Damage Assessment Information (summarize damage and/or restriction of use or availability to residential or commercial property, natural resources, critical infrastructure and key resources, etc): **Fire is located two miles southeast of the Opal Creek Ancient Forest Center and the community of Jawbone Flats.** | A. Structural Summary | B. # Threatened (up to 72 hrs) | C. # Damaged | D. # Destroyed |
|---|---|---|---|---|
| | E. Single Residences | 4 | 0 | 0 |
| | F. Multiple Residences | 0 | 0 | 0 |
| | G. Mixed Commercial / Residential | 0 | 0 | 0 |
| | H. Nonresidential Commercial Property | 3 | 0 | 0 |
| | I. Other Minor Structures | 2 | 0 | 0 |

| 31. Public Status Summary: C. Indicate the Number of Civilians (Public) Below: | Previous Report Total | A. # this Reporting Period | B. Total # to-date | 32. Responder Status Summary: C. Indicate the Number of Responders Below: | Previous Report Total | A. # this Reporting Period | B. Total # to-date |
|---|---|---|---|---|---|---|---|
| D. Fatalities | 0 | | 0 | D. Fatalities | 0 | | 0 |
| E. With Injuries/Illness | 0 | | 0 | E. With Injuries/Illness | 0 | | 0 |
| F. Trapped/In Need of Rescue | 0 | | 0 | F. Trapped/In Need of Rescue | 0 | | 0 |
| G. Missing | 0 | | 0 | G. Missing | 0 | | 0 |
| H. Evacuated | 10 | 0 | 10 | H. Evacuated | 0 | | 0 |
| I. Sheltering in Place | 0 | | 0 | I. Sheltering in Place | 0 | | 0 |
| J. In Temporary Shelters | 0 | | 0 | J. In Temporary Shelters | 0 | | 0 |
| K. Have Received Mass Immunizations | 0 | | 0 | K. Have Received Mass Immunizations | 0 | | 0 |
| L. Require Immunizations | 0 | | 0 | L. Require Immunizations | 0 | | 0 |
| M. In Quarantine | 0 | | 0 | M. In Quarantine | 0 | | 0 |
| N. Total # Civilians (Public) Affected: | 10 | 0 | 10 | N. Total # Responders Affected: | 0 | | 0 |

**33. Life, Safety, and Health Status/Threat Remarks:**
**The community of Jawbone Flats has ceased operations in the the Opal Creek Ancient Forest Center. Road and trail closure are in effect.**

**35. Weather Concerns** (synopsis of current and predicted weather; discuss related factors that may cause concern):
**Weather is expected to be cooler with maximum temperatures around 65-70 degrees and minimum humidities 65-75% with maximums reaching 90% for the next few operational periods. Friday will be mostly cloudy with a potential for a few light showers.**

| 34. Life, Safety, and Health Threat Management: | Active? |
|---|---|
| A. No Likely Threat | |
| B. Potential Future Threat | |
| C. Mass Notifications in Progress | |
| D. Mass Notifications Completed | |
| E. No Evacuation(s) Imminent | |
| F. Planning for Evacuation | |
| G. Planning for Shelter-in-Place | |

## Incident Status Summary (ICS-209)

Incident: **Beachie Creek**

|  | Active? |
|---|---|
| H. Evacuation(s) in Progress |  |
| I. Shelter-in-Place in Progress |  |
| J. Repopulation in Progress |  |
| K. Mass Immunization in Progress |  |
| L. Mass Immunization Complete |  |
| M. Quarantine in Progress |  |
| N. Area Restriction in Effect |  |
| O. Road Closure | X |
| P. Trail Closure | X |
| Q. Area Closure |  |

36. Projected Incident Activity, Potential, Movement, Escalation, or Spread and influencing factors during the next operational period and in 12-, 24-, 48-, and 72-hour time frames:

12 hours: **Fire is expected to continue creeping and smoldering with minimal growth.**

24 hours: **No change from 12 hour projection.**

48 hours: **No change from 12 hour projection.**

72 hours: **Anticipate continued**

Anticipated after 72 hours: **Anticipate minimal growth with perimeter contained by bucket support. Direct hand line is not possible for containment and based on helicopters availability will determine outcome of post 72 hours**

37. Strategic Objectives (define planned end-state for incident):
**Strategic Objectives are to keep the fire in its current footprint utilizing bucket support and natural barriers.**

38. Current Incident Threat Summary and Risk Information in 12-, 24-, 48-, and 72-hour timeframes and beyond. Summarize primary incident threats to life, property, communities and community stability, residences, health care facilities, other critical infrastructure and key resources, commercial facilities, natural and environmental resources, cultural resources, and continuity of operations and/or business. Identify corresponding incident-related potential economic or cascading impacts:

12 hours: **Opal Creek Ancient Forest Center and Jawbone Flats community has temporarily closed their business due to the road leading there being closed. Anticipated fire growth to be confined to the wilderness area. Continued road and trail closures effecting popular recreation sites.**

24 hours: **No change from 12 hour.**

48 hours: **No change from 12 hour.**

72 hours: **No change from 12 hour.**

Anticipated after 72 hours: **If indirect attack methods are not successful anticipate Opal Creek Ancient Forest Center and Jawbone Flats to be threatened by fire. Potential for east wind events may lead to continual closure of popular recreation sites, loss and impacts to T and E species habitat, and threat of fire spread to private lands.**

39. Critical Resource Needs in 12-, 24-, 48-, and 72-hour timeframes and beyond to meet critical incident objectives. List resource category, kind, and/or type, and amount needed, in priority order:

12 hours: **Type 1 or Type 2 helicopter support is critical to keep fire in its current footprint. Ordering Manager for anticipated personnel growth.**

24 hours: **No change from 12 hour.**

48 hours: **No change from 12 hour.**

72 hours: **No change from 12 hour.**

Anticipated after 72 hours: **Direct suppression is not feasible therefore containment is difficult to project. If**

## Incident Status Summary (ICS-209)

Incident: **Beachie Creek**

| | the fire experiences a significant fire event we would anticipate the duration being nearly 60 days. |
|---|---|

40. Strategic Discussion: Explain the relation of overall strategy, constraints, and current available information to:
1) critical resource needs identified above,
2) the Incident Action Plan and management objectives and targets,
3) anticipated results.
Explain major problems and concerns such as operational challenges, incident management problems, and social, political, economic, or environmental concerns or impacts.
**Critical need for Type 1 or 2 helicopter to slow fire spread and attempt to keep the fire in its current footprint. We anticipate indirect attack strategy that may last for the remainder of the fire season.**

41. Planned Actions for Next Operational Period:
**Utilize air resources to slow fire spread, continue to develop a contingency plan with indirect lines.**

42. Projected Final Incident Size/Area (use unit label – e.g., "Acres", "Square Miles"):

43. Anticipated Incident Containment or Completion Date: **10/31/2020**

44. Projected Significant Resource Demobilization Start Date:

45. Estimated Incident Costs to Date: **$306,298.00**

46. Projected Final Incident Cost Estimate: **$5,000,000.00**

47. Remarks (or continuation of any blocks above – list block number in notation):

49. Resources (summarize resources by category, kind, and/or type; show # of resources on top ½ of box, show # of personnel associated with resource on bottom ½ of box):

| 48. Agency or Org | | CR1 | CR2IA | HEL1 | HEL2 | WTDS | 50. Ovhd | 51. Tot Pers |
|---|---|---|---|---|---|---|---|---|
| BLM | Rsrc | 0 | 0 | 0 | 0 | 0 | | |
| | Pers | 0 | 0 | 0 | 0 | 0 | 2 | 2 |
| FS | Rsrc | 1 | 1 | 0 | 0 | 0 | | |
| | Pers | 19 | 19 | 0 | 0 | 0 | 10 | 48 |
| NPS | Rsrc | 0 | 0 | 0 | 0 | 0 | | |
| | Pers | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| PRI | Rsrc | 0 | 0 | 1 | 2 | 1 | | |
| | Pers | 0 | 0 | 3 | 2 | 1 | 0 | 6 |
| 52. Total Resources | | 1 | 1 | 1 | 2 | 1 | | 57 |

53. Additional Cooperating and Assisting Organizations Not Listed Above:
**Evacuation Planning is being done by the Marion County Sherriff Department and structure protection for Jawbone Flats will be done by the Oregon Department of Forestry.**